UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| FRANCISCA VILLANUEVA-MARTINEZ, § § Petitioner, § § VS. § WARDEN, EL VALLE DETENTION CENTER, *et al.*, § § Respondents. § | CIVIL ACTION NO. 1:26-CV-300 |

## ORDER

Petitioner Francisca Villanueva-Martinez is currently detained by Immigration and Customs Enforcement at the El Valle Detention Center in Willacy County, Texas. In this habeas action, Petitioner contests Respondents' ability to detain her without a bond hearing under 8 U.S.C. § 1225(b)(2)(A).

Petitioner concedes that the Fifth Circuit's ruling in *Buenrostro-Mendez v. Bondi*, 166 F.4th 494 (5th Cir. 2026) forecloses her statutory arguments. But she contends that *Buenrostro* did not address whether the Fifth Amendment's Due Process Clause permits Respondents to detain an individual under Section 1225(b)(2)(A) without an opportunity to seek bond.

The Court has previously considered and rejected similar arguments. *See, e.g., Kardava v. Vergara*, Civil Case No. 1:25-309 (S.D. Tex., March 3, 2025) (citing *Zuniga v. Lyons*, No. 1:25-CV-221-H, 2025 WL 3755126, at *8 (N.D. Tex. Dec. 29, 2025); *Guzman-Diaz v. Noem*, No. 3:25-CV-3008-X-BN, 2026 WL 309938, at *8 (N.D. Tex. Feb. 5, 2026); *Giron v. Noem*, No. 4:26-CV-00086, 2026 WL 252370, at *2 (S.D. Tex. Jan. 28, 2026); *Banyee v. Garland*, 115 F.4th 928, 930 (8th Cir. 2024)).

To facilitate the Court's consideration of the issues that Petitioner presents, it is:

**ORDERED** that by no later than March 30, 2026, Petitioner Francisca Villanueva-Martinez shall file a Statement explaining why the reasoning in the previously-referenced decisions does not apply to the claims that she presents.

If Petitioner does not file the Statement, the Court will deny the Petition.

Signed on March 16, 2026.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge